■ KNOLLS COOPERATIVE SECTION, No. II, INC., Respondent, v. WILLIAM CASHMAN et al., Appellants.— Order, entered on April 3, 1963, granting plaintiff's motion for summary judgment affirmed, with $20 costs and disbursements to the respondent. Concur — Rabin, J. P., McNally, Stevens and Eager, JJ.; Steuer, J., dissents and votes to reverse and deny summary judgment.

■ In the Matter of MAX M. DROLLE, JR., Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Determination confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. Concur — McNally, Eager and Steuer, JJ.; Rabin, J. P., and Stevens, J., dissent and vote to annul on the ground that there was no substantial evidence to show a reckless disregard for the life and property of others.

■ In the Matter of FRANK CARUSO et al., on Behalf of Themselves and All Others Similarly Situated, Petitioners, v. ABRAHAM D. BEAME, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, on constraint of *Matter of Dinan* v. *Joseph* (278 App. Div. 692, affd. 304 N. Y. 696) and the petition dismissed, without costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ FLORENCIA PRIETO et al., Respondents, v. JOSE L. SANCHEZ, Appellant. — Order, entered on August 13, 1962, granting, conditionally, defendant's motion to dismiss for failure to prosecute, unanimously modified, on the law and in the exercise of discretion, so as to grant the motion to dismiss unconditionally, with $10 costs, and, as so modified, affirmed, with $20 costs and disbursements to the appellant. The Clerk is directed to enter judgment accordingly. Plaintiffs are given leave to move, within 30 days after entry of judgment, to vacate same upon payment of taxable costs and upon a proper affidavit of merit. Concur — Botein, P. J., Breitel, Rabin, Eager and Steuer, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1963

## (September 16, 1963)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT McCRARY, Appellant.— Motion by plaintiff to dismiss appeal of defendant from an order of the County Court, Nassau County, entered July 18, 1963, which denied defendant's demurrer or motion to dismiss the first count in the indictment against him. Motion granted; appeal dismissed. An order denying a demurrer or motion to dismiss an indictment is not appealable (Code Crim. Pro., § 517; cf. *People* v. *Latoski*, 2 A D 2d 891); such an order is reviewable only on the appeal from the final judgment. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.

■ In the Matter of HOWARD A. LUBITZ, Petitioner.— Application by petitioner, who had been suspended from practice as an attorney at law for two years commencing June 1, 1960, for reinstatement as an attorney and counselor at law. Application granted; petitioner reinstated. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.